# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: EXTENSION OF ADMISSION OF   : No. 63 WM 2017
EMILY J. KAUFMANN, ESQ. TO THE   :
BAR OF THE COMMONWEALTH OF   :
PENNSYLVANIA, ATTORNEY   :
IDENTIFICATION NO. 320256   :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 3rd day of October, 2017, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311 is GRANTED, IN PART. In order to afford Emily Kaufmann additional time to seek full admission to this Commonwealth's bar, her temporary admission is extended until April 30, 2018.